IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAVGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYRIAD GENETICS, INC. and <br> MYRIAD WOMEN'S HEALTH, INC., <br><br> Defendants. | C.A. No. 20-1730 (RGA) (JLH) |

**MYRIAD GENETICS, INC. AND MYRIAD WOMEN'S HEALTH, INC.'S
<u>FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Myriad Women's Health, Inc. states that it is a wholly-owned subsidiary of Myriad Genetics, Inc.

Defendant Myriad Genetics, Inc. states that BlackRock Institutional Trust Company, N.A., a publicly held company, owns more than 10% of the stock of Myriad Genetics, Inc.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br><br> */s/ Jack B. Blumenfeld* <br> _____ <br> Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com <br><br> *Attorneys for Defendants* |
| OF COUNSEL: <br><br> Peter J. Armenio, P.C. <br> Anne S. Toker <br> QUINN EMANUEL URQUHART <br>   & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY  10010 <br> (212) 849-7000 <br><br> Benjamin G. Jackson <br> MYRIAD GENETICS, INC. <br> 320 Wakara Way <br> Salt Lake City, UT  84108 <br> (800) 469-7423 <br><br> February 11, 2021 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 11, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais, Esquire<br>Kerri-Ann Limbeek, Esquire<br>Jamie L. Kringstein, Esquire<br>Brian D. Matty, Esquire<br>Michael Ling, Esquire<br>Deborah J. Mariottini, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)