**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RAVGEN, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MYRIAD GENETICS, INC. and MYRIAD WOMEN'S HEALTH, INC.,<br><br>　　　　　　Defendants. | C.A. No. 20-cv-1730-RGA-JLH<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL**

　　Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure and in accordance with Plaintiff Ravgen, Inc.'s ("Ravgen") and Defendants Myriad Genetics, Inc., and Myriad Women's Health, Inc.'s (collectively, "Myriad") confidential settlement agreement (the "Agreement"), which is incorporated herein by reference, Ravgen and Myriad hereby stipulate that all claims in the above-captioned action are hereby dismissed with prejudice. Each side shall bear its own costs, expenses, and attorney's fees.

| | |
|---|---|
| Date: October 31, 2023<br><br>FARNAN LLP<br><br>*/s/ Brian E. Farnan*<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | Respectfully submitted,<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>*Attorneys for Defendants Myriad Genetics, Inc. and Myriad Women's Health, Inc.* |

IT IS SO ORDERED, this ___1st___ day of November, 2023.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews